**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RODNEY SMITH, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>NYC FRAMES, INC., and<br>JOE ASMAEL,<br><br>Defendants. | Civil Action No.:<br><br>1:23-cv-08855-JPC |

**PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT**

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Rodney Smith, Ltd., through undersigned counsel, hereby accepts and provides notice it has accepted Defendant's Offer of Judgment to Plaintiff dated July 24, 2024, attached hereto as Exhibit A.

Dated: August 6, 2024

David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
P.O. Box 625
Charlottesville, VA 22902
434-233-2727, Telephone
david@daviddeal.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on August 6, 2024, I caused a true and correct copy of the above Notice of Acceptance of Defendants' Offer of Judgment to be served on the parties and the clerk of court for the United States District Court for the Southern District of New York using the CM/ECF system.

*/s/ David C. Deal*
David C. Deal (VA Bar No.: 86005)
The Law Office of David C. Deal, P.L.C.
david@daviddeal.com
*Counsel for Plaintiff*

# EXHIBIT A

BOCHNER PLLC

Isaac M. Diskind, Esq.
BOCHNER PLLC
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685 e isaac@bochner.law w bochner.law

July 24, 2024

**VIA EMAIL** (david@daviddeal.com)
David C. Deal
The Law Office of David C. Deal, PLC
117 4th Street, Second Floor
Charlottesville, Virginia 22902

Re: Rodney Smith, Ltd. v. NYC Frames, Inc. et al (1:2023-cv-08855)
Offer of Judgment Pursuant to Federal Rule of Civil Procedure 68

Dear Mr. Deal:

As you are aware, this firm is counsel to Defendants NYC Frames, Inc. and Joe Asmael ("Defendants") in the above-referenced matter. Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants hereby offer to allow judgment be entered against them in the amount of $25,000 to settle all claims against Defendants arising out of the facts alleged in Plaintiff's Complaint, which amount is inclusive of all costs and attorneys' fees. Under Rule 68(a), Plaintiff has 14 days from the date of this offer of judgment to accept it in writing.

As you are aware, if Plaintiff rejects this offer of judgment and subsequently obtains a judgment that "is not more favorable than the unaccepted offer, [Plaintiff] must pay the costs incurred after the offer was made." Fed. R. Civ. P. 68(d). Such costs would include Defendants' reasonable attorneys' fees incurred from the date of this offer. *See, e.g.*, *Sadowski v. Ziff Davis, LLC*, No. 20CV2244, 2020 WL 3397714, at *2 (S.D.N.Y. June 19, 2020) ("This Court, and other courts in this district, have concluded that when a plaintiff in a copyright action recovers less than the defendant's offer of judgment under Rule 68, the plaintiff is required to pay the defendant's attorney's fees incurred after that offer."); *Rice v. Musee Lingerie, LLC*, No. 18-CV-9130, 2019 WL 2865210, at *3 (S.D.N.Y. July 3, 2019) ("[C]ourts in this District have concluded that when a plaintiff in a copyright action recovers less than the defendant's offer of judgment under Rule 68, the plaintiff is also required to award to defendant the attorneys' fees incurred *after* that offer.") (emphasis in original); *Baker v. Urb. Outfitters, Inc.*, 431 F. Supp. 2d 351, 361 (S.D.N.Y. 2006), *aff'd*, 249 F. App'x 845 (2d Cir. 2007) ("[W]hen the plaintiff [in a copyright action] recovers less than the defendant's formal offer of judgment [under] Rule 68 [of the Federal Rules of Civil Procedure,] requires an award to defendant of its fees incurred after that offer.") (alterations in original).

Be guided accordingly,

/s/ Isaac M. Diskind
Isaac M. Diskind, Esq.
Bochner PLLC
1040 Avenue of the Americas, 15th Floor
New York, NY 10018
(646) 971-0685
isaac@bochner.law
*Attorneys for Defendants*