UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY SMITH, LTD., | |
| Plaintiff, | |
| v. | Civil Action No.: |
| NYC FRAMES, INC., and JOE ASMAEL, | 1:23-cv-08855-JPC |
| Defendants. | |

### [~~PROPOSED~~] RULE 68 JUDGMENT

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants NYC Frames, Inc., and Joe Asmael (collectively, "Defendants"), having offered to allow Plaintiff Rodney Smith, Ltd. ("Plaintiff") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), inclusive of all attorney's fees, interest, costs and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 24, 2024 and filed as Exhibit A to Docket Number 23;

**WHEREAS**, on August 5, 2024, Plaintiff's attorney having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (ECF 23);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiff, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated July 24, 2024 and filed as Exhibit A to Docket Number 23. The Clerk of Court is directed to close the case.

**SO ORDERED:**

Dated: __August 9__, 2024

_____
United States District Court Judge
JOHN P. CRONAN